# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **MARGARET C. PAPPAS,** | ) | |
| Plaintiff, | ) | Case No. 1:11CV00028 |
| v. | ) | **JUDGMENT** |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | By: James P. Jones<br>United States District Judge |
| Defendant. | ) | |

Objections have been timely filed to the Report filed April 9, 2012, setting forth the findings and recommendations of the magistrate judge. Upon de novo review of those portions of the Report to which objection was made, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Motion for Summary Judgment by the Commissioner of Social Security ("Commissioner") is GRANTED;

3. The final decision of the Commissioner is AFFIRMED; and

4. This case is closed.


ENTER: April 11, 2012

/s/ James P. Jones
United States District Judge